# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

| | |
|---|---|
| ANDRE PICARD,<br>*Plaintiff*<br>v.<br><br>COLVILLE TRIBAL JAIL, COLVILLE TRIBAL<br>COURT and CONFEDERATED TRIBES OF<br>THE COLVILLE RESERVATION,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.   2:19-CV-0244-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   The Petition for Writ of Habeas Corpus is DISMISSED .

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge        Thomas O. Rice _____

Date:   December 9, 2019 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Linda L. Hansen _____
*(By) Deputy Clerk*

Linda L. Hansen _____